UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Lisa Pringle )
)
) Case No.: 3:09cv806
v. ) Judge Trauger
)
Primerica Life Insurance Company, Inc. )
)

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on October 1, 2010.

KEITH THROCKMORTON, CLERK
s/ Robbie Dail, Deputy Clerk